FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

JAN 0 9 2002


CLERK

IN THE DISTRICT COURT OF THE UNITED STATES

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR02-0054 BB |
| Plaintiff, ) | |
| ) | CRIMINAL NO. _____ |
| vs. ) | |
| ) | **COUNT I:** 21 U.S.C. § 846: Conspiracy to Possess with Intent to Distribute 500 Grams or More of a Mixture or Substance Containing a Detectable Amount of Methamphetamine, its Salts, Isomers, or Salts of its Isomers. |
| SALVADOR BERKOWITS and ) | |
| JOSE MENDEZ, ) | |
| ) | |
| Defendants. ) | |
| ) | |
| ) | **COUNT II:** 21 U.S.C. § 841(a)(1) and 21 U.S.C. § 841(b)(1)(A) Possession with Intent to Distribute 500 Grams or more of a Mixture or substance Containing a Detectable Amount of Methamphetamine, its Salts, Isomers, or Salts of its Isomers; 18 U.S.C. § 2: Aiding and Abetting. |

## INDICTMENT

The Grand Jury charges:

### COUNT I

On or about the 18th day of December, 2001, in Bernalillo County, in the State and District of New Mexico and elsewhere, the Defendants, SALVADOR BERKOWITS AND JOSE MENDEZ, did unlawfully, knowingly and intentionally combine, conspire, confederate and agree together and with each other and with other persons whose names are known and unknown to the grand jury to commit the following offense against the United States, to wit: possession with intent to distribute 500 grams or more of a mixture or substance containing a



detectable amount of methamphetamine, its salts, isomers, or salts of its isomers, a schedule II controlled substance, contrary to 21 U.S.C. § 841(a)(1) and 21 U.S.C. § 841 (b)(1)(A).

In violation of 21 U.S.C. § 846.

### COUNT II

On or about the 18th day of December, 2001, in Bernalillo County, in the State and District of New Mexico, the Defendants, SALVADOR BERKOWITS AND JOSE MENDEZ, unlawfully, knowingly and intentionally did possess with intent to distribute 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, its salts, isomers, or salts of its isomers, a schedule II controlled substance.

In violation of 21 U.S.C. § 841(a)(1), 21 U.S.C. § 841(b)(1)(A) and 18 U.S.C. § 2.

A TRUE BILL:

FOREPERSON OF THE GRAND JURY

DAVID C. IGLESIAS
UNITED STATES ATTORNEY

01/02/02 5:19pm