# MAGISTRATE CLERK'S MINUTES OF ARRAIGNMENT

Date __1/11__   Judge __Lorenzo F. Garcia__   Clerk __Kim__

USA vs. __Jose Mendez__   Crim. No. __02-54 BB__

Deft. present with/~~without~~ counsel __Susan Dunleavy__
                                                    Name          Aptd/Retd

U.S. represented by __Erlonda Ocampo__ AUSA

Deft. not present _____   Marshal called for Deft. in hallway: Yes/No
Bench warrant issued _____   Bond forfeited _____
Interpreter present: Yes/No   Name of Interpreter _____
Interpreter Used: Yes/No   Interpreter Sworn: Yes/No/Waived

## COURT ASKED THE DEFENDANT:

____ Name _____ SS# _____
____ DOB __11 20 66__   Tel. No. _____
____ Residence Address _____
____ Extent of education/schooling _____

Y **(N)**   Whether he/~~she~~ is currently or has been recently under the care of a physician or psychiatrist; if he/~~she~~ has been hospitalized or treated for narcotic addiction

**(Y)** N   Whether he/~~she~~ has received a copy of the Indictment/~~Information~~

**(Y)** N   Whether he/~~she~~ has had time to consult with attorney regarding penalties

Y **(N)**   Whether he/~~she~~ wants Indictment/~~Information~~ read in open court

**(Y)** N   Whether he/~~she~~ will waive reading of Indictment/~~Information~~

**(Y)** N   Whether he/~~she~~ is ready to plead

✓ Defendant entered plea of not guilty to all counts

____ Defendant entered plea of not guilty to count Nos. _____

✓ Matter referred to USDC   __Confer by 1/22/02__

✓ Counsel ordered to file any motions by __Mtns due 1/31/02__

✓ Case assigned to:

Judge Conway   Judge Parker   Judge Hansen   Judge Vazquez   **(Judge Black)**   Judge Armijo   Judge Johnson

✓ Trial set on trailing docket __to be notified__

____ Defendant requested psychiatric examination. Instructed to file motion in USDC

✓ Bond set/continued at __△ remanded to custody of USMS.__

____ Previous bond motion denied; advised to file bond appeal in USDC

____ Unseal Case

____ Penalty for failure to appear explained

✓ Discovery Order Distributed

____ First Appearance of Defendant   MAG. TAPE NO. __~~CD 08~~ 02-5LFG ② 770__

FPD → proffer re: mtn         Mtn continued until a later date
2 Bench Conference
3